UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

**TRACY VICKERS,**

      **Plaintiff,**

v.     Case: 8:20-CV-02953-SCB-TGW

**RELIANCE STANDARD LIFE INSURANCE COMPANY,**

      **Defendant,**
_____/

## MEDIATION REPORT

Pursuant to Notice of Mediation filed with the court, a mediation conference was scheduled. Pursuant to the Notice of Mediation on 5/25/2021 at the mediation conference:

( xx ) Plaintiff/Counsel Appeared     (   ) Plaintiff/Counsel did not Appear

( xx ) Defendant/Counsel Appeared     (   ) Defendant/Counsel did not Appear

PLAINTIFF'S ATTORNEY/FIRM:
**Madison T. Donaldson, Esq.,**
Marc Whitehead & Associates
403 Heights Blvd
Houston TX 77007

DEFENDANT'S ATTORNEY/FIRM:
**Tanya Suarez, Esq.,**
Wilson, Elser, Moscowitz, Edelman, & Dicker,
100 Southeast 2nd Street Suite 2100
Miami, FL 33131

MEDIATOR:
**Jack L. Townsend, Sr., Mediator**
6408 E. Fowler Avenue
Tampa, FL 33617

**RESULTS**: *(Mediation Results Report will be filed electronically)*

(xx ) Full Settlement Agreement
(  ) Partial Settlement Agreement
(  ) No Settlement Agreement
(  ) Continued (Date)

LENGTH OF MEDIATION CONFERENCE:     3.00   Hours

      /s/ Jack L Townsend, Sr.
      Jack L. Townsend, Sr., Mediator